UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES B. SCOTT,<br><br>                   Plaintiff,<br><br>     v.<br><br>YAKIMA COUNTY SHERIFF'S OFFICE, DEPUTY SHERIFF M. STEADMAN, and YAKIMA COUNTY,<br><br>                   Defendants. | NO: 11-CV-03069-TOR<br><br>ORDER GRANTING MOTION TO DISMISS |

Before the Court is the parties' Motion to Dismiss (EFC No. 25). The motion was heard without oral argument.

The parties stipulate that the above-captioned matter be dismissed with prejudice and without costs to either party.

Accordingly, **IT IS HEREBY ORDERED**:

The parties' Motion to Dismiss (ECF No. 25) is **GRANTED** with prejudice and without costs to either party.

ORDER GRANTING MOTION TO DISMISS ~ 1

1    The District Court Executive is directed to enter this Order, provide copies

2    to counsel, and close the file.

3    **DATED** this 28th day of March, 2012.

4                              *s/ Thomas O. Rice*

5                              THOMAS O. RICE
                               United States District Judge

ORDER GRANTING MOTION TO DISMISS ~ 2